**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MERCH TRAFFIC, LLC, <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:24-CV-01269 |

## **EXHIBIT 1 TO THE COMPLAINT**

**MERCH TRAFFIC LLC**

EXHIBIT 1                                                                                                                 TRADEMARK REGISTRATION

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,076,786

**United States Patent and Trademark Office**     Registered July 8, 1997

## TRADEMARK
### PRINCIPAL REGISTER

### SUBLIME

NOWELL, BRAD (UNITED STATES CITIZEN)
C/O CODIKOW & CARROLL, P.C.
9113 SUNSET BLVD.
LOS ANGELES, CA 90069

FOR: MUSICAL SOUND RECORDINGS AND PRERECORDED VIDEOTAPES AND VIDEO-DISCS FEATURING MUSIC, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-1-1990; IN COMMERCE 11-2-1991.

SER. NO. 74-697,931, FILED 7-6-1995.

ELIZABETH A. DUNN, EXAMINING ATTORNEY

**MERCH TRAFFIC LLC**

**EXHIBIT 1**                                                            **TRADEMARK REGISTRATION**



### United States of America
#### United States Patent and Trademark Office



**Reg. No. 3,998,379**  JAKE AND TROY BRAND LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
2800 OLYMPIC BLVD. 2ND FLOOR
**Registered July 19, 2011**  SANTA MONICA, CA 90404

**Int. Cl.: 25**  FOR: BANDANAS; BASEBALL CAPS; BEANIES; CAPS; HATS; JACKETS; KNITTED CAPS; SHIRTS; SLEEVED OR SLEEVELESS JACKETS; TOPS; SWEAT SHIRTS; T-SHIRTS; VISORS , IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**

**PRINCIPAL REGISTER**  FIRST USE 12-31-1994; IN COMMERCE 4-15-2011.

THE MARK CONSISTS OF A HAND-ROLLED CIGARETTE WITH THE WORD "SUBLIME" IN THE MIDDLE OF IT.

SN 77-131,026, FILED 3-14-2007.

LESLEY LAMOTHE, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office

**MERCH TRAFFIC LLC**

**EXHIBIT 1**                                            **TRADEMARK REGISTRATION**



## United States of America
### United States Patent and Trademark Office



**Reg. No. 3,998,381**    JAKE AND TROY BRAND LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
                                 2800 OLYMPIC BLVD. 2ND FLOOR
**Registered July 19, 2011**   C/O STEVES RODRIGUEZ
                                 SANTA MONICA, CA 90404
**Int. Cl.: 25**

                                 FOR: BANDANAS; BASEBALL CAPS; BEANIES; CAPS; JACKETS; KNITTED CAPS; SHIRTS;
                                 SLEEVED OR SLEEVELESS JACKETS; SWEAT SHIRTS; T-SHIRTS; VISORS; HATS; TOPS,
**TRADEMARK**              IN CLASS 25 (U.S. CLS. 22 AND 39).

**PRINCIPAL REGISTER**   FIRST USE 12-31-1992; IN COMMERCE 4-15-2011.

                                 THE MARK CONSISTS OF A DESIGN OF A SUN WITH RAYS WITH A FACE IN THE
                                 CENTER WHICH INCLUDES EYES, NOSE AND MOUTH WITH THE WORDING "SUBLIME"
                                 AT THE TOP OF THE SUN.

                                 SN 77-134,234, FILED 3-19-2007.

                                 LESLEY LAMOTHE, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

**MERCH TRAFFIC LLC**

**EXHIBIT 1**                          **TRADEMARK REGISTRATION**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,400,771**
**Registered Feb. 13, 2018**
**Int. Cl.: 32**
**Trademark**
**Principal Register**

Jake and Troy Brand LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
C/o King, Holmes, Paterno & Soriano, Llp
1900 Avenue Of The Stars, 25th Floor
Los Angeles, CALIFORNIA 90067

CLASS 32: Beer and lager

FIRST USE 3-21-2017; IN COMMERCE 7-15-2017

The color(s) orange, yellow, black, white, and blue is/are claimed as a feature of the mark.

The mark consists of a stylized sun design with the outer edge and rays fading from orange to yellow and outlined in black. In the center of the sun design is a stylized face design. The forehead of the face design is blue outlined in black with yellow spots also outlined in black. The brow area and nose fades from yellow to orange and is outlined in black. The forehead, brow area, and nose form a stylized mushroom design. A white and black stylized skeleton design appears on the nose. The irises of both eyes are blue with black pupils with white reflective spots appearing on the irises and pupils. Four white bubbles outlined in black and a white stylized fish skeleton design appear on the left stylized eyelid which appears in orange. A black stylized stem and white and black flower design appear on the right stylized eyelid which appears in orange. On the outer left cheek appears a blue, white, and black stylized genie design appearing out of a yellow stylized lamp design on an orange rug design. On the left cheek appears a stylized cave yellow, orange, black, and white cave design with an orange, white, and black devil design with white horns and a white pitchfork with three white figures appearing in the background. The upper lip is a stylized orange line appearing above a stylized orange mouth design with orange and yellow teeth and a white skeleton head and arms appearing on the right side of the mouth. A stylized orange eye design outlined in black appears at the chin. Part of a stylized skull design appearing in white with black shading and black eye socket appears on the right cheek which appears in orange and is outlined in black. The outer right cheek is comprised of a stylized pocket knife design with a white and black blade and orange, yellow, black, and white case.

SER. NO. 87-531,136, FILED 07-17-2017



Director of the United States
Patent and Trademark Office