**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MERCH TRAFFIC, LLC,<br><br>         PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS AND UNINCORPORATED<br>ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>         DEFENDANTS. | CASE NO. 1:24-CV-01269 |

# EXHIBIT 2 TO THE COMPLAINT

MERCH TRAFFIC, LLC

EXHIBIT 2                                                                COPYRIGHT REGISTRATIONS

## *Sublime Sun 12.*

**Type of Work:**                    Visual Material

**Registration Number / Date:**      VA0002093667 / 2017-09-11

**Application Title:**               Sublime Sun 12.

**Title:**                           Sublime Sun 12.

**Description:**                      Electronic file (eService)

**Copyright Claimant:**              Jake and Troy Brand, LLC, Transfer: By written agreement. Address: c/o King Holmes Paterno & Soriano LLP, 1900 Ave. of the Stars, 25th Floor, Los Angeles, CA, 90067, United States.

**Date of Creation:**                1992

**Date of Publication:**             1992-06-01

**Nation of First Publication:**     United States

**Authorship on Application:**       Opie Ortiz, employer for hire; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork.

**Names:**                           Ortiz, Opie
                                     Jake and Troy Brand, LLC

==============================================================================



MERCH TRAFFIC, LLC

EXHIBIT 2          COPYRIGHT REGISTRATIONS

## *Sublime Sun 40.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002093669 / 2017-09-11 |
| **Application Title:** | Sublime Sun 40. |
| **Title:** | Sublime Sun 40. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Jake and Troy Brand, LLC, Transfer: By written agreement. Address: c/o King Holmes Paterno & Soriano LLP, 1900 Ave. of the Stars, 25th Floor, Los Angeles, CA, 90067, United States. |
| **Date of Creation:** | 1992 |
| **Date of Publication:** | 1992-06-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Opie Ortiz, employer for hire; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork. |
| **Names:** | Ortiz, Opie<br>Jake and Troy Brand, LLC |

===============================================================================

